IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN GUTTADAURO, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 4:10-cv-04613 |
| vs. | § | |
| | § | |
| OLIPHANT FINANCIAL, LLC, | § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Southern District of Texas, Houston Division, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted,

    By: /s/Dennis R. Kurz
    Dennis R. Kurz
    Texas State Bar # 24068183
    Attorney in Charge for Plaintiffs

WEISBERG & MEYERS, L.L.C.
5927 Almeda Road #20818
Houston  TX  77004
(888) 595-9111 ext. 412
(866) 842-3303 (fax)

## **CERTIFICATE OF SERVICE**

     I certify that on December 10, 2010 , I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division using the electronic case filing system of the court.

                                            /s/  Dennis R. Kurz
                                            Dennis R. Kurz