# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN GUTTADAURO,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-10-4613 |
| | § | |
| OLIPHANT FINANCIAL, LLC,<br>　　Defendant. | §<br>§<br>§<br>§ | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised that a settlement has been reached between Plaintiff and Defendant. *See* Notice of Settlement [Doc. # 4]. Accordingly, the Court dismisses this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **February 14, 2011,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this 13th day of **December, 2010.**

_____
Nancy F. Atlas
United States District Judge