# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN GUTTADAURO,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-10-4613 |
| | § | |
| OLIPHANT FINANCIAL, LLC,<br>    Defendant. | §<br>§<br>§<br>§ | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal Pursuant to Settlement [Doc. # 6], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this 6th day of **January, 2011.**

_____
Nancy F. Atlas
United States District Judge